UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC. et al.,

    Plaintiff(s),

  v.

TRIPLE H LLS, et al.,

    Defendant(s).

_____/

NO. CIV. S-05-1911 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

   Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 15, 2006.  All dates set in this matter, including any pending motions, are hereby VACATED.

   **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

   **IT IS SO ORDERED**.

Dated: May 2, 2006

       /s/ Frank C. Damrell Jr.
       FRANK C. DAMRELL, JR.
       United States District Judge